In the Matter of the Accounting of THOMAS WATSON et al., as Executors of JOSEPH CORBIT, Deceased, Appellants.

JANE BUNNELL et al., Respondents.

*Matter of Watson,* 115 App. Div. 310, affirmed.
(Argued January 9, 1907; decided January 29, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 10, 1906, which affirmed a decree of the New York County Surrogate's Court judicially settling and surcharging the accounts of the executors of Joseph Corbit, deceased.

*Henry A. Forster* and *John A. Weekes* for appellants.

*Richard R. Martin, Milton E. Robinson, Ellen T. Bennett* and *William E. Carnochan* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.